# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00458-CV

**Vintage Petroleum, Inc., Appellant**

**v.**

**Kibtec Oil & Gas, Inc., Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 207TH JUDICIAL DISTRICT
### NO. 00-PI-407A, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion signed by all counsel asking this Court to dismiss the appeal. *See* Tex. R. App. P. 42(a)(1). We grant the motion and dismiss the appeal.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed on Joint Motion

Filed: March 2, 2006